Zeeshan Kabani, Bar No. 322638
zkabani@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Ivie A. (Guobadia) Serioux, Bar No. 5104054
(Admitted *Pro Hac Vice* 10/23/2024)
iserioux@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

Attorneys For Defendants AMAZON.COM SERVICES LLC, AND SHIPRA GUPTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN

| | |
|---|---|
| REZVAN GHADERI, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, SHIPRA GUPTA, an individual, and Does 1-10, inclusive, <br><br> Defendants. | Case No. 8:24-cv-01968-DOC-JDE <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> HON. DAVID O. CARTER <br><br><br> Trial Date: 5/4/2026 <br> Orange County Superior Court <br> Complaint Filed: 3/13/24 |

**TO THE COURT AND THE CLERK OF THE ABOVE-REFERENCED COURT:**

PLEASE TAKE NOTICE that Plaintiff REZVAN GHADERI ("Plaintiff") and Defendants AMAZON.COM SERVICES LLC, and SHIPRA GUPTA ("Defendants") (collectively, the "Parties") hereby provide notice to the Court that the Parties have resolved the above-captioned matter.

The Parties respectfully request that the Court vacate all proceedings. The Parties have agreed on a settlement amount and are in the process of confirming the material terms of a settlement agreement. The Parties will file a Joint Stipulation and Proposed Order dismissing the entire action upon effectuating the material terms of the settlement.

Dated: February 4, 2026    LITTLER MENDELSON, P.C.

/s/Zeeshan Kabani
Zeeshan Kabani
Ivie Serioux
Attorneys For Defendants AMAZON.COM SERVICES LLC, and SHIPRA GUPTA

Dated: February 4, 2026    THE CHANG FIRM

/s/Randy Chang
Randy Chang

Attorneys for Plaintiff
REZVAN GHADERI

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

I, Zeeshan Kabani, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Dated: February 3, 2026                    LITTLER MENDELSON, P.C.

/s/Zeeshan Kabani
Zeeshan Kabani
Ivie Serioux
Attorneys For Defendants AMAZON.COM SERVICES LLC, and SHIPRA GUPTA

4905-7982-6317.1 / 114766.1216